O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL J. EBERLE II and<br>TANIA R. EBERLE,<br><br>               Plaintiffs,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION,<br>WILLIAM G. MALCOLM, KEVIN<br>HAHN, MALCOLM CISNEROS, and<br>DOES 1-10,<br><br>               Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 09-01817 RGK (VBKx)<br><br>**ORDER DENYING MOTION TO DISQUALIFY**<br><br>[Motion filed on May 26, 2009] |

On May 11, 2009, Judge Klausner dismissed this action without prejudice. Two weeks later, pro se Plaintiffs filed the present motions, styled as a "Motion to Vacate Statements of Fact," purportedly pursuant to Federal Rule of Civil Procedure 60(b)(4), and a "Notice and Demand for Nihil Judgment." These motions are essentially incoherent. However, because Plaintiffs make a number of allegations regarding Judge Klausner's conduct as a judicial officer, the motions were construed as motions to disqualify, which resulted in referral to this Court.

///

The Court finds that there is no basis for Plaintiffs' allegations or motions to disqualify, which are frivolous and unsupported. Accordingly, they are DENIED and the hearing date VACATED.

IT IS SO ORDERED.

Dated: June 2, 2009

DEAN D. PREGERSON
United States District Judge